JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
BAILEY A. MCCABE (SBN 322098)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email:    nathan.austin@jacksonlewis.com
          bailey.mccabe@jacksonlewis.com

Attorneys for Defendant
ZUMIEZ INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| DEVIN SANTIVANEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZUMIEZ INC. AND DOES 1 - 24, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00079<br><br>**DECLARATION OF NATHAN W. AUSTIN IN SUPPORT OF DEFENDANT ZUMIEZ INC.'S REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 (DIVERSITY)**<br><br>(Filed concurrently with Notice of Removal; Request for Judicial Notice; Certification and Notice of Interested Parties; and Civil Cover Sheet) |

I, Nathan W. Austin, hereby declare and state as follows:

1. I am an attorney representing ZUMIEZ INC. ("Defendant") in this matter. The following is based on my personal knowledge and my knowledge based on my review of and familiarity with Defendant's files and the documents in the above-captioned matter. If called as a witness, I could and would competently testify to the facts contained herein. I submit this Declaration in support of Defendant's Notice of Removal.

2. On December 8, 2021, Plaintiff DEVIN SANTIVANEZ ("Plaintiff") filed a civil complaint against Defendant in the Superior Court of the State of California, in and for the County of Riverside, entitled *DEVIN SANTIVANEZ, an Individual v.*

*ZUMIEZ INC. AND DOES 1 – 24, inclusive*, bearing Case No. CVRI2105558. True and correct copies of the Complaint and Summons are attached as **Exhibits A** and **B**, respectively**.**

3. Plaintiff served Defendant with the Summons and Complaint on December 13, 2021 according to the records of Defendant's agent for service, CT Corporation System.

4. Attached as **Exhibits C, D, E, F** and **G** are true and correct copies of a Civil Cover Sheet, Certificate of Counsel, Notice of Case Management Conference, Notice of Department Assignment, and ADR Information packet, respectively, that were also served on Defendant on December 13, 2021.

5. Attached as **Exhibit H** is a true and correct copy of the Proof of Service of Summons and Complaint regarding ZUMIEZ INC., filed with the Court on December 14, 2021, indicating service of the above documents on ZUMIEZ INC. on December 13, 2021.

6. On January 11, 2022, Defendant filed an Answer to the Complaint in state court, making a general denial as permitted by California Code of Civil Procedure section 431.30(d) and asserting various affirmative defenses on behalf of ZUMIEZ INC. A true and correct copy of the Answer is attached as **Exhibit I**.

7. As of the date of this Declaration, the attached Exhibits "A" through "I" constitute all of the pleadings and papers received and/or filed by Defendant, and/or currently on file, in this matter, and no further proceedings have occurred in the state court.

8. On January 11, 2022, I downloaded the following documents from the California Secretary of State's Business Search website located at https://businesssearch.sos.ca.gov/:

- Zumiez Acquisition Corp.'s publicly filed April 25, 2005 registration with the California Secretary of State entitled State and Designation by Foreign Corporation and Certificate of

Existence/Authorization attached to the concurrently filed Request for Judicial Notice as **Exhibit 1**.

- ZUMIEZ's publicly filed July 27, 2005 Amended Statement by Foreign Corporation with the California Secretary of State attached to the concurrently filed Request for Judicial Notice as **Exhibit 2**.
- ZUMIEZ's publicly filed April 10, 2014 Statement of Information with the California Secretary of State attached to the concurrently filed Request for Judicial Notice as **Exhibit 3**.
- ZUMIEZ'S publicly filed March 10, 2021 Statement of Information No Change filed with the California Secretary of State attached to the concurrently filed Request for Judicial Notice as **Exhibit 4**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of January, 2022 at Sacramento, California.

*/s/ Nathan W. Austin*
NATHAN W. AUSTIN

# PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is 400 Capitol Mall, Suite 1600, Sacramento, California 95814.

On January 12, 2022, I served the foregoing documents described as:

**DECLARATION OF NATHAN W. AUSTIN IN SUPPORT OF DEFENDANT ZUMIEZ INC.'S REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 (DIVERSITY)**

in this action by transmitting a true copy thereof addressed as follows:

| | |
|---|---|
| Robert Hampton Rogers, Esq.<br>CALLANAN ROGERS & DZIDA LLP<br>800 South Figueroa Street, Suite 720<br>Los Angeles, CA 90017-2538<br>Email: rrogers@crdattorneys.com | **ATTORNEYS FOR PLAINTIFF DEVIN SANTIVANEZ**<br><br>Telephone: 213.599.7595<br>Fax: 213.599.7596 |

[X] **MAIL** - by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

[X] **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 12, 2022, at Sacramento, California.

_LaDonna Mims_
LaDonna Mims

PROOF OF SERVICE