# EXHIBIT D

Electronically FILED by Superior Court of California, County of Riverside on 12/08/2021 05:01 PM
Case Number CVRI2105558 0000006001189 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Freddy Roa, Clerk

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

| | |
|---|---|
| ☐ BANNING 135 N. Alessandro Rd., Banning, CA 92220 | ☐ MORENO VALLEY 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553 |
| ☐ BLYTHE 265 N. Broadway, Blythe, CA 92225 | ☐ MURRIETA 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563 |
| ☐ HEMET 880 N. State St., Hemet, CA 92543 | ☒ RIVERSIDE 4050 Main St., Riverside, CA 92501 |
| ☐ INDIO 46-200 Oasis St., Indio, CA 92201 | ☐ TEMECULA 41002 County Center Dr., Ste. 100, Temecula, CA 92591 |

RI-030

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number and Address):
Robert Hampton Rogers Bar No. 106206
Callanan, Rogers & Dzida, LLP
800 S. Figueroa Street, Suite 720
Los Angeles, CA 90017
TELEPHONE NO: 213.599.7595      FAX NO. (Optional): 213.599.7596
E-MAIL ADDRESS (Optional): rrogers@crdattorneys.com
ATTORNEY FOR (Name): Plaintiff DEVIN SANTIVANEZ

PLAINTIFF/PETITIONER: DEVIN SANTIVANEZ

DEFENDANT/RESPONDENT: ZUMIEZ, INC.

CASE NUMBER: CVRI2105558

## CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☒ The action arose in the zip code of: 92882

☐ The action concerns real property located in the zip code of: _____

☐ The Defendant resides in the zip code of: _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date December 8, 2021

Robert H. Rogers
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

▶ _____ (SIGNATURE)

Page 1 of 1

Approved for Mandatory Use
Riverside Superior Court
RI-030 [Rev. 07/01/12]

**CERTIFICATE OF COUNSEL**

Local Rule 1.0015
riverside.courts.ca.gov/localfrms/localfrms.shtml


American LegalNet, Inc.
www.FormsWorkFlow.com