# EXHIBIT H

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert H. Rogers,Esq | SBN : Bar No.106206<br>CALLANAN ROGERS & DZIDA LLP<br>800 S Figueroa Street Suite 720   Los Angeles, CA 90017<br>TELEPHONE NO.: (213) 599-7595 | FAX NO.  | E-MAIL ADDRESS rrogers@crdattorneys.com<br>ATTORNEY FOR (Name): Plaintiff: DEVIN SANTIVANEZ | Electronically FILED by Superior Court of California, County of Riverside on 12/14/2021 09:40 AM<br>Case Number CVRI2105558 0000006272347 - W. Samuel Hamrick Jr., Executive Officer/Clerk of the Court By Freddy Roa, Clerk |

**RIVERSIDE/RIVERSIDE SUPERIOR COURT**
 STREET ADDRESS: 4050 MAIN ST.
 CITY AND ZIP CODE: RIVERSIDE, CA 92501-3704
 BRANCH NAME: RIVERSIDE

PLAINTIFF/PETITIONER: DEVIN SANTIVANEZ, an individual
DEFENDANT/RESPONDENT: ZUMIEZ, INC.

CASE NUMBER:
CVRI2105558

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:
243600.0001

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☑ Alternative Dispute Resolution (ADR) package
   d. ☑ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **Notice of Department Assignmen; Notice of Case Management Conference; Certificate of Counsel**

3. a. Party served *(specify name of party as shown on documents served):*
      **ZUMIEZ, INC.**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
      **CT Corporation System, Registered Agent, by serving John Montijo - Authorized Agent**
      Age: 31-35 | Weight: 161-180 Lbs | Hair: Black | Sex: Male | Height: 5'7 - 6'0 | Eyes: Brown | Race: Latino

4. Address where the party was served: **330 N Brand Blvd, # SUITE 700**
   **Glendale, CA 91203-2308**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **12/13/2021**   (2) at *(time):* **9:30 AM**
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
         *(date):* from *(city):*                                          or ☐ a declaration of mailing is attached.
      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Approved for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10
POS010-1/LA221605

| | |
|---|---|
| PETITIONER: DEVIN SANTIVANEZ, an individual | CASE NUMBER: |
| RESPONDENT: ZUMIEZ, INC. | CVRI2105558 |

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                    (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☑ On behalf of **ZUMIEZ, INC.**
     under the following Code of Civil Procedure section:

     ☑ 416.10 (corporation)                         ☐ 415.95 (business organization, form unknown)
     ☐ 416.20 (defunct corporation)                 ☐ 416.60 (minor)
     ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
     ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
     ☐ 416.50 (public entity)                          ☐ 415.46 (occupant)
                                                           ☐ other:

7. **Person who served papers**
  a. Name: **Dion Jones - Nationwide Legal, LLC REG: 12-234648**
  b. Address: **1609 James M Wood Blvd.  Los Angeles, CA 90015**
  c. Telephone number: **(213) 249-9999**
  d. **The fee** for service was: **$ 100.55**
  e. I am:

    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☑ registered California process server:
       (i) ☐ owner     ☐ employee     ☑ independent contractor.
       (ii) Registration No.: **2013128925**
       (iii) County: **Los Angeles**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **12/13/2021**

**N** Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015
(213) 249-9999
www.nationwideasap.com

_____     ▶   *[signature]*
**Dion Jones**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)