1  JACKSON LEWIS P.C.
   NATHAN W. AUSTIN (SBN 219672)
2  BAILEY A. MCCABE (SBN 322098)
   400 Capitol Mall, Suite 1600
3  Sacramento, California 95814
   Telephone:  (916) 341-0404
4  Facsimile:   (916) 341-0141
   Email:      nathan.austin@jacksonlewis.com
5            bailey.mccabe@jacksonlewis.com

6  Attorneys for Defendant
   ZUMIEZ INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  EASTERN DIVISION

11 DEVIN SANTIVANEZ, an individual,        CASE NO. 5:22-cv-00079

12        Plaintiff,                        **DEFENDANT ZUMIEZ INC.'S
                                            REQUEST FOR JUDICIAL NOTICE
13        vs.                               IN SUPPORT OF DEFENDANT
                                            ZUMIEZ INC.'S REMOVAL OF
14 ZUMIEZ INC. AND DOES 1 - 24,            ACTION TO THE UNITED STATES
   inclusive,                               DISTRICT COURT FOR THE
15                                          CENTRAL DISTRICT OF
                                            CALIFORNIA PURSUANT TO 28
16        Defendants.                       U.S.C. §§ 1332 AND 1441
                                            (DIVERSITY)**
17
                                            (Filed concurrently with Notice of
18                                          Removal, Declaration of
                                            Nathan W. Austin; Certification and
19                                          Notice of Interested Parties; and Civil
                                            Cover Sheet)
20

21 **TO   THE   HONORABLE   COURT   AND   TO   PLAINTIFF   AND   HIS**

22 **ATTORNEYS OF RECORD:**

23              **REQUEST FOR JUDICIAL NOTICE**

24      **PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Evidence 201,

25 Defendant ZUMIEZ INC. ("ZUMIEZ") by and through its attorneys of record,

26 hereby requests that the Court take judicial notice of the following matters in support

27 of its Notice of Removal of Action to the United States District Court for the Central

28 District of California pursuant to 28 U.S.C. §§ 132 and 1441:

                              1

1.    Zumiez Acquisition Corp.'s publicly filed April 25, 2005 registration with the California Secretary of State entitled State and Designation by Foreign Corporation and Certificate of Existence/Authorization providing that the company is incorporated in the state of Washington and its principal office is located at 6300 Merrill Creek Parkway, Suite B, Everett, WA 98203-5862. This filing is publicly available from the California Secretary of State's Business Search at: https://businesssearch.sos.ca.gov/. A true and correct copy is attached as **Exhibit 1**.

2.    ZUMIEZ's publicly filed July 27, 2005 Amended Statement by Foreign Corporation with the California Secretary of State relinquishing the name Zumiez Acquisition Corp. and changing the corporation's name to ZUMIEZ INC. This filing is publicly available from the California Secretary of State's Business Search at: https://businesssearch.sos.ca.gov/. A true and correct copy is attached as **Exhibit 2**.

3.    ZUMIEZ's publicly filed April 10, 2014 Statement of Information with the California Secretary of State providing that the company's principal executive office is located at 204th Street SW Lynnwood, Washington 98036. This filing is publicly available from the California Secretary of State's Business Search at: https://businesssearch.sos.ca.gov/. A true and correct copy is attached as **Exhibit 3**.

4.    ZUMIEZ'S publicly filed March 10, 2021 Statement of Information No Change filed with the California Secretary of State identifying that Zumiez Inc. is a corporation in the jurisdiction of Washington, and that there "has been no change in any of the information contained in the previous complete Statement of Information filed with the California Secretary of State" This filing is publicly available from the California

2

1    Secretary         of        State's        Business        Search        at:
2    https://businesssearch.sos.ca.gov/.   A true and correct copy is attached
3    as **Exhibit 4**.

4    I.   **LEGAL STANDARDS FOR JUDICIAL NOTICE**

5    Under Federal Rules of Civil Procedure Rule 201, a court may take judicial
6    notice of a fact if it is: (1) generally known within the trial court's territorial
7    jurisdiction; or (2) can be accurately and readily determined from sources whose
8    accuracy cannot reasonably be questioned.

9    A court may also take judicial notice of records of administrative agencies and
10   matters of public record.  *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005),
11   quoting *In re Silicon Graphics Inc. Securities Litigation*, 183 F.3d 970, 986 (9th Cir.
12   2005); *Burbank-Glendale-Pasadena Airport Auth. v. City of Burbank*, 136 F.3d 1360,
13   1364 (9th Cir. 1998).   A court may also take judicial notice of information on
14   government agency websites, including business profiles on the Secretary of State
15   website.  *See Gerritsen v. Warner Bros. Entm't Inc.*, 112 F. Supp. 3d 1011, 1033
16   (C.D. Cal. 2015); *Gilliam v. Bank of Am., N.A.*, 2017 U.S. Dist. LEXIS 165620, at
17   *4-5 (C.D. Cal. October 5, 2017) (Court took judicial notice of Secretary of State
18   filings for purposes of removal/remand).

19   Based on these standards, this Court may properly consider Exhibits 1 through
20   4, as these documents are either a record of administrative/governmental agencies
21   and/or a matter of public record.  Similarly, these documents consist of facts that are
22   generally known to the public, and can be confirmed through online sources and
23   publicly accessible filings whose authenticity is not reasonably questioned.

24   ///
25   ///
26   ///
27   ///
28   ///

3

**II.**   **CONCLUSION**

Based on the above, Defendant respectfully requests this Court to take judicial notice of **Exhibit 1** through **Exhibit 4**.

Dated:  January 12, 2022                    JACKSON LEWIS P.C.


By:  */s/ Nathan W. Austin*
     NATHAN W. AUSTIN
     BAILEY A. MCCABE

Attorneys for Defendant
ZUMIEZ INC.

4

DEFENDANT'S REQUEST FOR JUDICIAL NOTICE ISO DEFENDANT'S REMOVAL OF ACTION TO USDC, CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 (DIVERSITY)

**PROOF OF SERVICE**

I am employed in the County of Sacramento, State of California.  I am over the age of 18 and not a party to the within action; my business address is 400 Capitol Mall, Suite 1600, Sacramento, California 95814.

On January 12, 2022, I served the foregoing documents described as:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ZUMIEZ INC.'S REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332 AND 1441 (DIVERSITY)**

in this action by transmitting a true copy thereof addressed as follows:

| | |
|---|---|
| Robert Hampton Rogers, Esq.<br>CALLANAN ROGERS & DZIDA LLP<br>800 South Figueroa Street, Suite 720<br>Los Angeles, CA 90017-2538<br>Email:   rrogers@crdattorneys.com | **ATTORNEYS FOR PLAINTIFF**<br>**DEVIN SANTIVANEZ**<br><br>Telephone:  213.599.7595<br>Fax:           213.599.7596 |

**[X]**   __MAIL__ - by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below.  On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

**[X]**   __STATE__ - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 12, 2022, at Sacramento, California.

_LaDonna Mims_
LaDonna Mims