# EXHIBIT 1

2632517

FILED
In the office of the Secretary of State
of the State of California

APR 27 2005

# STATEMENT AND DESIGNATION BY FOREIGN CORPORATION

Zumiez Acquisition Corp.
(Name of Corporation)

Zumiez Acquisition Corp._____, a corporation organized and existing under the laws of Washington_____, makes the following statements and designation:
(State or Place of Incorporation)

1. The address of its principal executive office is 6300 Merrill Creek Parkway, Suite B, Everett, WA 98203-5862

2. The address of its principal office in the State of California is None

## DESIGNATION OF AGENT FOR SERVICE OF PROCESS IN THE STATE OF CALIFORNIA
(Complete either Item 3 or Item 4.)

3. (Use this paragraph if the process agent is a natural person.)

_____, a natural person residing in the State of California, whose complete address is _____, is designated as agent upon whom process directed to this corporation may be served within the State of California, in the manner provided by law.

4. (Use this paragraph if the process agent is a corporation.)

C T Corporation System_____, a corporation organized and existing under the laws of Delaware_____, is designated as agent upon whom process directed to this corporation may be served within the State of California, in the manner provided by law.

NOTE: Corporate agents must have complied with California Corporations Code Section 1505 prior to designation.

5. It irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the Secretary of State of the State of California if the agent so designated or the agent's successor is no longer authorized to act or cannot be found at the address given.

_____        Chris K. Visser, Assistant Secretary
(Signature of Corporate Officer)         (Typed Name and Title of Officer Signing)

Secretary of State Form
S&DC-STOCK/NONPROFIT (REV 03/2005)

CA049 - 3/30/05 C T System Online

# United States of America
# The State of Washington
## Secretary of State

I, SAM REED, Secretary of State of the State of Washington and custodian of its seal, hereby issue this

**CERTIFICATE OF EXISTENCE/AUTHORIZATION**

**OF**

**ZUMIEZ ACQUISITION CORP.**

**I FURTHER CERTIFY** that the records on file in this office show that the above named Profit Corporation was formed under the laws of the State of WA and was issued a Certificate Of Incorporation in Washington on 4/6/2005.

**I FURTHER CERTIFY** that as of the date of this certificate, ZUMIEZ ACQUISITION CORP. remains active and has complied with the filing requirements of this office.

Date: April 25, 2005

UBI: 602-490-894



Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

Sam Reed, Secretary of State