# EXHIBIT 2

NCTD

2632517

## AMENDED STATEMENT BY FOREIGN CORPORATION

**FILED**
in the office of the Secretary of State
of the State of California

JUL 2 7 2005

_____Zumiez Inc._____
(Name of Corporation)

_____, a corporation organized

and existing under the laws of _Washington_____, and which is presently
(State or Place of Incorporation)

qualified for the transaction of intrastate business in the State of California, makes the following statement:

That the name of the corporation has been changed to that hereinabove set forth and that the name relinquished at the time of such change was _Zumiez Acquisition Corp._

Zumiez Inc.
(Name of Corporation)

_Brenda I. Morris_ (signature)
(Signature of Corporate Officer)

Brenda I. Morris, CFO and Secretary
(Typed Name and Title of Officer Signing)

Secretary of State Form
ASDC (REV 03/2005)
CADSO - 3/30/05 C T System Online



# The State of Washington
## Secretary of State

**I, Sam Reed,** Secretary of State of the State of Washington and custodian of its seal, hereby issue this

certificate that according to records on file in this office,

Articles of Merger between

**ZUMIEZ ACQUISITION CORP.**

a Washington PROFIT CORPORATION, and

**ZUMIEZ INC.**

a Delaware PROFIT CORPORATION, whereby

**ZUMIEZ ACQUISITION CORP.**

is the surviving CORPORATION, under the name of

**ZUMIEZ INC.**

were received and filed in this office on April 29, 2005.

Date:   June 17, 2005

Given under my hand and the Seal of the State of Washington at Olympia, the State Capital

*Sam Reed*

Sam Reed, Secretary of State

