# EXHIBIT 3



**F**

# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

## EX78129
## FILED

**In the office of the Secretary of State
of the State of California**

### APR-10 2014

| 1.  CORPORATE NAME |
|---|
| ZUMIEZ INC. |

| 2.  CALIFORNIA CORPORATE NUMBER | C2632517 | This Space for Filing Use Only |
|---|---|---|

**No Change Statement**  (Not applicable if agent address of record is a P.O. Box address.  See instructions.)

3.  **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following**  (Do not abbreviate the name of the city.  Items 4 and 5 cannot be P.O. Boxes.)

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 4.  STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | | | | |
| 4001 204TH ST SW, LYNNWOOD, WA 98036 | | | | |
| 5.  STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | | | | |
| 6.  MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | | | | |

**Names and Complete Addresses of the Following Officers**  (The corporation must list these three officers.  A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| 7.  CHIEF EXECUTIVE OFFICER/ | | | | |
| RICK  BROOKS    4001 204TH ST SW, LYNNWOOD, WA 98036 | | | | |
| 8.  SECRETARY | | | | |
| CHRIS  VISSER    4001 204TH ST SW, LYNNWOOD, WA 98036 | | | | |
| 9.  CHIEF FINANCIAL OFFICER/ | | | | |
| CHRIS  WORK    4001 204TH ST SW, LYNNWOOD, WA 98036 | | | | |

**Agent for Service of Process**  If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable.  If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

| 10.  NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| C T CORPORATION SYSTEM |

| 11.  STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**  CITY | STATE | ZIP CODE |
|---|---|---|

**Type of Business**

| 12.  DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION |
|---|
| RETAIL - CLOTHING AND ACCESSOR |

13.  THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 04/10/2014 | GRAHAM C MERRILL | SENIOR ACCOUNTANT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

| SI-350 (REV 01/2013) | APPROVED BY SECRETARY OF STATE |
|---|---|