| | |
|---|---|
| 1 | JACKSON LEWIS P.C. |
| 2 | NATHAN W. AUSTIN (SBN 219672)<br>BAILEY A. MCCABE (SBN 322098) |
| 3 | 400 Capitol Mall, Suite 1600<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 341-0404<br>Facsimile: (916) 341-0141 |
| 5 | Email: nathan.austin@jacksonlewis.com<br>bailey.mccabe@jacksonlewis.com |
| 6 | Attorneys for Defendant<br>ZUMIEZ INC. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| DEVIN SANTIVANEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZUMIEZ INC. AND DOES 1 - 24, inclusive,<br><br>Defendants. | CASE NO. 5:22-cv-00079<br><br>**DEFENDANT ZUMIEZ INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**[LOCAL RULE 7.1-1]** |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION, AND TO PLAINTIFF DEVIN SANTIVANEZ AND HIS ATTORNEYS OF RECORD:**

The undersigned, counsel of record for Defendant Zumiez Inc, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    Plaintiff Devin Santivanez.

    2.    Defendant Zumiez Inc.

///

///

///

1

DEFENDANT ZUMIEZ INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

1        3.    Defendant Zumiez Inc. is a publicly-held corporation. No
2 publicly-held corporation owns more than 10% of Zumiez Inc.

3 Dated: January 12, 2022         JACKSON LEWIS P.C.

By: */s/ Nathan W. Austin*
     NATHAN W. AUSTIN
     BAILEY A. MCCABE

Attorneys for Defendant
ZUMIEZ INC.

DEFENDANT ZUMIEZ INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES

# PROOF OF SERVICE

I am employed in the County of Sacramento, State of California. I am over the age of 18 and not a party to the within action; my business address is 400 Capitol Mall, Suite 1600, Sacramento, California 95814.

On January 12, 2022, I served the foregoing documents described as:

**DEFENDANT ZUMIEZ INC.'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

in this action by transmitting a true copy thereof addressed as follows:

| Robert Hampton Rogers, Esq. (SBN 106206)<br>CALLANAN ROGERS & DZIDA LLP<br>800 South Figueroa Street, Suite 720<br>Los Angeles, CA 90017-2538<br>Email: rrogers@crdattorneys.com | **ATTORNEYS FOR PLAINTIFF DEVIN SANTIVANEZ**<br><br>Telephone:  213.599.7595<br>Fax:             213.599.7596 |
|---|---|

[X] **MAIL** - by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid for deposit in the United States Post Office mail box, at my business address shown above, following Jackson Lewis P.C.'s ordinary business practices for the collection and processing of mail, of which I am readily familiar, and addressed as set forth below. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

[X] **STATE** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 12, 2022, at Sacramento, California.

_LaDonna Mims_ (signature)
LaDonna Mims