1  JACKSON LEWIS P.C.
   NATHAN W. AUSTIN (SBN 219672)
2  BAILEY A. MCCABE (SBN 322098)
   400 Capitol Mall, Suite 1600
3  Sacramento, California 95814
   Telephone:  (916) 341-0404
4  Facsimile:  (916) 341-0141
   Email:      nathan.austin@jacksonlewis.com
5              bailey.mccabe@jacksonlewis.com

6  Attorneys for Defendant
   ZUMIEZ INC.

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    EASTERN DIVISION

11 DEVIN SANTIVANEZ, an individual,   CASE NO. 5:22-cv-00079 PA (SHKx)

12       Plaintiff,                   **CERTIFICATE OF SERVICE OF ADDITIONAL DOCUMENTS AFTER FILING OF NOTICE OF REMOVAL OF CIVIL ACTION**

13       vs.

14 ZUMIEZ INC. AND DOES 1 - 24, inclusive,

15       Defendants.

16

17     I, LaDonna Mims, certify and declare as follows:

18     I am over the age of 18 years and not a party to this action.

19     My business address is Jackson Lewis P.C., 400 Capitol Mall, Suite 1600, Sacramento, California 95814, which is located in the county and state where the mailing described below took place.

       On January 14, 2022, I served the following:

- **NOTICE OF ASSIGNMENT OF EASTERN DIVISION REMOVAL CSE AND NOTICE RE CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE [Dkt. 4]**
- **NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM [Dkt. 5]**
- **NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE [Dkt. 6]**

1  on Plaintiff's counsel of record in the above-entitled action, by placing a true and
2  correct copy thereof enclosed in a sealed envelope, addressed as set forth below, with
3  postage thereon fully prepaid for deposit in the United States Post Office mail box,
4  at my business address shown above, following Jackson Lewis P.C.'s ordinary
5  business practices for the collection and processing of mail, of which I am readily
6  familiar.  On the same day correspondence is placed for collection and mailing, it is
7  deposited in the ordinary course of business with the United States Postal Service.

| Robert Hampton Rogers, Esq.<br>CALLANAN ROGERS & DZIDA LLP<br>800 South Figueroa Street, Suite 720<br>Los Angeles, CA 90017-2538<br>Email:   rrogers@crdattorneys.com | Attorneys for Plaintiff<br>DEVIN SANTIVANEZ<br><br>Telephone:  213.599.7595<br>Fax:            213.599.7596 |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2022, at Sacramento, California.

_____
LaDonna Mims