

**United States District Court**
Central District of California
**Office of the Clerk**

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

January 14, 2022

  Riverside County Superior Court
  4050 Main Street
  Riverside, CA 92501

Re:   Case Number:     5:22−cv−00079−PA−SHK
      Previously Superior Court Case No.     CVRI2105558
      Case Name:     Devin Santivanez v. Zumiez Inc. et al

Dear Sir/Madam:

    Pursuant to this Court's ORDER OF REMAND issued on     01/14/2022    , the above−referenced case is hereby remanded to your jurisdiction.

    Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

    Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By:  /s/ *Margo Mead*
    Deputy Clerk
    margo_mead@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____
Date

By: _____
    Deputy Clerk